MEMORANDUM OPINION

Vacate. Remand.

389 P.3d 126

Sheila J. BELARMINO, Claimant-
Appellee-Appellant,

v.

STATE of Hawai'i, Department of
Education, Employer-Appellant-
Appellee, Self-Insured

NO. CAAP-12-0000784

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 14, 2016.

APPEAL FROM THE LABOR AND IN-
DUSTRIAL RELATIONS APPEALS
BOARD (CASE NO. AB 2010-041(K); (4-03-
10035))

MEMORANDUM OPINION

Remand.

389 P.3d 126

Ernesto VERDUGO, Jr.,
Plaintiff-Appellee,

v.

BUBBA GUMP SHRIMP CO.
RESTAURANTS, INC.
Defendant-Appellant.

NO. CAAP-14-0000908

Intermediate Court of Appeals of Hawai'i.

December 15, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 06-
1-1747-10)

MEMORANDUM OPINION

Affirm.

389 P.3d 126

STATE of Hawai'i, Plaintiff-Appellant

v.

Jaylord PARRAS, Defendant-Appellee
(CR. NO. 14-1-0313)

and

State of Hawai'i, Plaintiff-Appellant

v.

Jaylord Parras, Defendant-Appellee
(CR. NO. 13-1-1603)

CAAP-15-0000532
CAAP-15-0000534

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 16, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT